NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1488**

STATE OF LOUISIANA

VERSUS

NORMAN LILLIE, JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. CR7332-99-2
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**SENTENCE VACATED AND REMAND FOR RESENTENCING.**

Amy, J., dissents and would affirm the defendant's sentence.

Timothy Michael Cassidy
Cassidy & Gunnell
P.O. Box 1446
Jennings, LA 70546
(337) 824-7322
Counsel for Defendant/Appellant:
   Norman Lillie, Jr.

Bennett R. LaPoint
Assistant District Attorney
P.O. Box 1388
Jennings, LA 70546
(337) 824-1893
Counsel for Plaintiff/Appellee:
   State of Louisiana